```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DARRYL DOWDELL | ) | CR. NO. MJ-04-M-266-JLA |

<u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

The United States of America by and through Assistant United States Attorney Donald L. Cabell respectfully represents:

1. That DARRYL DOWDELL is presently incarcerated at the Suffolk County Correctional Institution at South Bay in Roxbury, Massachusetts, and that on March 22, 2005, he will be incarcerated at this institution.

2. That on November 17, 2004, DARRYL DOWDELL was charged in the above-captioned case on a charge of distribution of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

3. That DARRYL DOWDELL has made a request for a speedy disposition of the charge against him in accordance with the Interstate Agreement on Detainers.

4. That the Court has accordingly scheduled DARRYL DOWDELL to appear before the United States District Court in Boston, Massachusetts for the purpose of an initial appearance in this case on March 22, 2005, at 2:30 p.m.

WHEREFORE, petitioner prays that the Court issue a Writ of Habeas Corpus Ad Prosequendum to the Warden at the Suffolk County

Correctional Institution at South Bay in Roxbury, Massachusetts, or to any other person having custody and control of DARRYL DOWDELL, commanding them to produce DARRYL DOWDELL before the United States District Court, District of Massachusetts, Federal Courthouse, One Courthouse Way, Boston, Massachusetts, for the initial appearance in this case on March 22, 2005, at 2:30 p.m.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                               By:/s/Donald L. Cabell
                                  DONALD L. CABELL
                                  Assistant U.S. Attorney

ALLOWED:

_____
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE