```
                                          FILED
                                      CLERKS OFFICE
                             0401670, Darryl Dowdell
                             2005 MAR 9  PM 12:35      20 Bradston Street
                             U.S. DISTRICT COURT       Boston, MA. 02118
                             DISTRICT OF MASS
```

March 8, 2005

Clerk of Criminal Court
US District Court For
The District of Massachusetts
1 Courthouse Way
Boston, MA. 02210

Re: USA v. Dowdell, 104-mj-00266-JLA-ALL

Dear Clerk:

    My name is Darryl Dowdell. I am the defendant in the above numbered matter. On February 22, 2005, the enclosed petition for a speedy Trial was submitted to the Court. I would like to know if the Court received the petitition and if a Court date has been set for me. I do not have an attorney representing me in this matter.

Thank you for your help.

Sincerely,

[signature: Darryl M. Dowdell]

CC: File