UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies, and to: Warden of Correctional Institution at South Bay
   Roxbury, Massachusetts

YOU ARE COMMANDED to have the body of DARRYL DOWDELL now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom No. 24, on the 7th floor, Boston, Massachusetts on March 22, 2004,, at 2:30 P.M. for the purpose of an **initial appearance** in the case of UNITED STATES OF AMERICA v. DARRYL DOWDELL MJ Number 04-M266 JLA.  And you are to retain the body of said DARRYL DOWDELL while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said DARRYL DOWDELL to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 21ST day of March, 2004.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown
Courtroom Clerk