AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

**V.**

DARRYL DOWDELL

CASE NUMBER: M504-M266 JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DARRYL DOWDELL
Name

and bring him order forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him order with (brief description of offense)
distribution of cocaine base

in violation of
Title _____ 21 _____ United States Code, Section(s) 841(a)(1)

JOYCE LONDON ALEXANDER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

11/17/04   Boston, Mass.
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | |
| WARRANT EXECUTED BY   USMS | |
| | ARREST/ARRAIGNMENT OF THE |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | 8/22/05 |

This form was electronically produced by Elite Federal Forms, Inc.